John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: (503) 233-3000
Fax: (503) 954-3321
    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIVIANN W. BROWN and ELWOOD C. BROWN, husband and wife and the marital community they compose; MAGGI BROWN, a single person on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Washington Corporation; and JOHN DOES AND JANE DOES 1 through 10,<br><br>Defendant. | Civil Case No. 3:17-cv-6044-BHS<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Based upon the stipulation of the parties endorsed below, and it appearing to the Court that this matter has been fully compromised and settled,

IT IS HEREBY ORDERED AND ADJUDGED that that this case shall be dismissed with prejudice and without costs to the parties.

_____ 3/25/19

STIPULATED GENERAL JUDGMENT OF DISMISSAL - 1

IT IS SO STIPULATED:

March 20, 2019
DATED

_____
Carrie E. Eastman, WSBA No. 40792
Attorneys for Plaintiffs

March 22, 2019
DATED

_____
John R. Barhoum, WSBA No. 42776
Attorneys for Defendant JC Penney

STIPULATED GENERAL JUDGMENT OF DISMISSAL - 2